**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

VICTOR CHARLES ZERBY,
     Plaintiff,

vs.                          CASE NO.: 3:09cv284/LC/MD

WALTER A. MCNEIL, et al.,
     Defendants.

---

## ORDER

This cause is before the court upon plaintiff's civil rights complaint filed pursuant to 42 U.S.C. § 1983 (doc. 1) and motion for leave to proceed *in forma pauperis* (doc. 2) with supporting documentation (doc. 5). Good cause having been shown, leave to proceed *in forma pauperis* will be granted. However, it is noted that plaintiff failed to provide the court with service copies of his complaint. Before the court can order service, plaintiff must submit four identical copies of his complaint, including attachments. Upon receipt of these copies, the court will direct the United States Marshals Service to serve the defendants.

Accordingly it is ORDERED:

1.     Plaintiff's motion to proceed *in forma pauperis* (doc. 2) is GRANTED to the extent that the case may proceed without the prepayment of the entire filing fee.

2.     Because plaintiff has no funds accrued in his prison trust fund account, the clerk of court shall not assess plaintiff an initial partial filing fee as provided in 28 U.S.C. § 1915(b)(1)(A). The total filing fee in this case remains $350.00, however.

3.     As funds become available in plaintiff's prison account, the prisoner shall be required to make monthly payments of 20 percent of the preceding month's income (that

is, all funds deposited into the account) <u>in each case he has filed in this court.</u>[1]   The agency having custody of the prisoner shall forward payments from the prisoner's account on a monthly basis to the clerk of court each time the amount in the account exceeds $10.00.  These payments shall continue <u>until the filing fee of $350.00 is paid in full in each case</u>.  Personal checks directly from prisoners will not be accepted.

The following information shall either be included on the face of the check or money order or attached thereto:

(1)     the full name of the prisoner;
(2)     the prisoner's inmate number; and
(3)     Northern District of Florida Case Number: 3:09cv284/LC/MD.

Checks or money orders which do not have this information will be returned to the penal institution or to plaintiff.

4.     The clerk of court shall MAIL a copy of this order, with the appropriate cover letter to: Department of Corrections, Office of the General Counsel, 2601 Blair Stone Rd., Tallahassee, FL 32399-2500.

5.     PLAINTIFF IS WARNED that he is ultimately responsible for payment of the filing fee should the agency with custody over him lapse in its duty to make payments on his behalf.  If plaintiff spends funds that should have been forwarded to the court as per the payment formula above, this case may be dismissed for non-payment.  Furthermore, IF PLAINTIFF IS TRANSFERRED to another jail or correctional institution, he should ensure that the new institution is informed about this lawsuit and the required monthly payments as set out herein.  Plaintiff is advised to retain a copy of this order for this purpose.  Finally, plaintiff is advised that dismissal or other disposition of this action will NOT relieve him of the obligation to pay the full filing fee in this case.

6.     Within **thirty (30) days** from the date of this order, plaintiff shall submit four identical copies of his complaint and attachments (one for each named defendant).  This case number should be written on the copies.

---

[1]Thus, prisoners who have filed more than one case may be required to make payments totaling 40%, 60%, 80% or even 100% of their monthly deposits.

*Case No: 3:09cv284/LC/MD*

7.      Failure to respond to this order as instructed will result in a recommendation of dismissal of this action for failure to prosecute and failure to comply with an order of this court.

DONE AND ORDERED this 25th day of August, 2009.

/s/ *Miles Davis*

**MILES DAVIS**
**UNITED STATES MAGISTRATE JUDGE**