IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

VICTOR CHARLES ZERBY,
    Plaintiff,

vs.                               CASE NO.: 3:09cv284/LAC/MD

WALTER A. MCNEIL, et al.,
    Defendants.

## O R D E R

Plaintiff, an inmate who is proceeding *pro se* and *in forma pauperis*, has filed an amended civil rights complaint pursuant to 42 U.S.C. § 1983. (Doc. 8). The amended complaint is sufficient to alert defendants to the nature and basis of plaintiff's claims and, because plaintiff has complied with the order directing him to submit sufficient service copies (doc. 6), service is now appropriate.

Accordingly, it is ORDERED:

1. The docket shall reflect that there are four defendants in this action: **Walter McNeil, Warden Ellis, Ms. Kemp and Ms. Smith**.

2. The Clerk shall issue summons for each defendant, indicating that defendants have sixty (60) days in which to file a response to the amended complaint, and refer the summonses to the United States Marshals Service ("USMS"), along with the service copies of plaintiff's amended complaint.

3. The clerk shall also send the USMS a copy of this order for each of the defendants.

4. Pursuant to Rule 4(c), Federal Rules of Civil Procedure, **Debra Hix** is specially appointed to serve process upon defendants **McNeil and Kemp** at the **Central**

**Office**. In the absence of **Debra Hix,** the specially appointed process server designated above, **Susan Torbert** is designated as an alternate server and shall comply with this order as though issued in her name.

     5.    Pursuant to Rule 4(c), Federal Rules of Civil Procedure, **Corey Brown** is specially appointed to serve process upon defendants **Ellis and Smith** at **Santa Rosa Correctional Institution**.

     6.    Within thirty (30) days from the date of entry of this order on the docket, the United States Marshal or a Deputy United States Marshal shall serve copies of the civil rights complaints, summonses, and this order upon the defendants. Service shall be accomplished **by mailing these documents by regular mail to the above named special process servers who shall serve the amended complaints.** All costs of service shall be advanced by the United States.

     7.    Within ten (10) days after receipt of the amended complaints and this order, the special process servers shall **serve the amended complaints upon the individuals named above, complete** and **sign** the return of service, and **return** it to the <u>Clerk of Court</u> as proof of service. *Defendants shall also sign the return of service as an acknowledgment of receipt of service.*

     8.    If defendants are no longer employed at the designated institution or facility, or is otherwise unable to be served, the server shall report this information to the Clerk of Court within 10 days after receipt of the amended complaint and this order. *If service is returned unexecuted, or if a return is not filed within forty-five (45) days from the date of this order, the Clerk of Court shall immediately notify chambers.*

     9.    Defendants shall have **sixty (60) days** in which to file a response to the amended complaint.

     10.    No motion for summary judgment shall be filed by any party prior to entry of an Initial scheduling order without permission of the court.

     11.    Counsel for defendants shall file a notice of appearance within **thirty (30)** days of the date of service.

12.  Plaintiff is advised that after a response to the amended complaint has been filed, no further amendments to the complaint shall be permitted by the court unless, as required by Rule 15 of the Federal Rules of Civil Procedure, plaintiff files a separate motion for leave to so amend and provides a copy of the proposed amended complaint. N.D. Fla. Loc. R. 15.1.

13.  In accordance with 28 U.S.C. § 636(c)(2), the clerk shall forward to plaintiff a form for consenting to trial by the magistrate judge, with the case number written on it. If plaintiff wishes to consent, the form should be signed and forwarded to counsel for defendants. If defendants wish to consent, the form should be signed and returned to the clerk.

14.  After a notice of appearance has been filed, plaintiff shall be required to mail to the attorney for each defendant a copy of every pleading or other paper, including letters, submitted for consideration by the court. Plaintiff shall include with each pleading, motion, or other paper to be filed with the Clerk of the Court a certificate stating the date an identical copy of the paper was mailed to defendants or to the attorney representing defendants. Any paper so submitted for filing that does not contain a "certificate of service" shall be returned by the clerk and disregarded by the court.

15.  Plaintiff is reminded to keep the Clerk of Court advised of any change in his mailing address should he be transferred, released from prison, or otherwise be relocated. Failure to do so may result in the dismissal of plaintiff's action for failure to prosecute should court orders not be able to reach plaintiff.

16.  The Clerk of Court shall return this file to the undersigned no later than October 30, 2009.

**DONE AND ORDERED** on the 15th day of September, 2009.

/s/ *Miles Davis*
**MILES DAVIS**
**UNITED STATES MAGISTRATE JUDGE**

*Case No: 3:09cv284/LAC/MD*