**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

VICTOR CHARLES ZERBY,
    Plaintiff,

vs.                                    CASE NO.: 3:09cv284/LC/MD

WALTER A. MCNEIL, et al.,
    Defendants.

---

## ORDER

    Plaintiff, an inmate proceeding *pro se* and *in forma pauperis,* filed an amended civil rights complaint (doc. 8) under 42 U.S.C. § 1983. Service of the complaint was ordered (doc. 10), and this court was advised by the United States Marshals Service that service upon defendants Warden Ellis and Ms. Smith was unsuccessful because the special appointee (Corey Brown) could not be identified (doc. 14). The Department of Corrections has now provided updated litigation coordinator information.

    Accordingly, it is ORDERED:

    1.    The clerk shall reissue summons as to defendants Warden Ellis and Ms. Smith, indicating that these defendants have sixty (60) days in which to file a response to the amended complaint, and refer the summonses to the United States Marshals Service ("USMS"), along with two copies of plaintiff's amended complaint.

    2.    The clerk shall also prepare and send the USMS a copy of this order for each of these two defendants (Ellis and Smith).

    3.    Pursuant to Rule 4(c), Federal Rules of Civil Procedure, **Terry Shaner** is specially appointed to serve process upon defendants **Warden Ellis and Ms. Smith** at **Santa Rosa Correctional Institution**. In the absence of **Terry Shaner,** the specially

appointed process server designated above, **Janine Cannon** is designated as an alternate server and shall comply with this order as though issued in her name.

      4.     Within thirty (30) days from the date of entry of this order on the docket, the United States Marshal or a Deputy United States Marshal shall serve a copy of the amended complaint, a summons, and a copy of this order upon defendants Ellis and Smith. Service shall be accomplished **by mailing these documents by regular mail to the above named special process server who shall serve the amended complaint.** All costs of service shall be advanced by the United States.

      5.     Within ten (10) days after receipt of the amended complaint and this order, the special process server shall **serve the amended complaint upon defendants Ellis and Smith, complete** and **sign** the return of service, and **return** it to the <u>Clerk of Court</u> as proof of service. *Defendants shall also sign the return of service as an acknowledgment of receipt of service.*

      6.     If defendant Ellis or Smith is no longer employed at the designated institution or facility, or is otherwise unable to be served, the server shall report this information to the Clerk of Court within 10 days after receipt of the amended complaint and this order. *If service is returned unexecuted, or if a return is not filed within forty-five (45) days from the date of this order, the Clerk of Court shall immediately notify chambers.*

      7.     Defendants Ellis and Smith shall have **sixty (60) days** in which to file a response to the amended complaint.

      8.     No motion for summary judgment shall be filed by any party prior to entry of an Initial scheduling order without permission of the court.

      9.     Counsel for defendants shall file a notice of appearance within **thirty (30)** days of the date of service.

      DONE AND ORDERED this 15th day of October, 2009.

/s/ *Miles Davis*
**MILES DAVIS**
**UNITED STATES MAGISTRATE JUDGE**

*Case No: 3:09cv284/LC/MD*