**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

VICTOR CHARLES ZERBY,
    Plaintiff,

vs.                                         CASE NO.: 3:09cv284/LC/MD

WALTER A. MCNEIL, et al.,
    Defendants.

---

## **ORDER**

       Before the Court is plaintiff's motion to engage in pre-scheduling discovery filed on November 4, 2009. (Doc. 18). The pleading was docketed by the Clerk; however, it is deficient because it was not accompanied by a certificate of service, showing proper service upon counsel for defendants McNeil and Kemp.[1] *See* Fed. R. Civ. P. 5(a)(1) (requiring that every written notice or motion be served upon every party); Fed. R. Civ. P. 5(d)(1) (requiring that any paper after the complaint that is required to be served be filed together with a certificate of service). As plaintiff was advised in this Court's September 15, 2009 order (doc. 10), once a notice of appearance has been filed, plaintiff is required to mail to the attorney for each defendant a copy of every pleading, motion, or other paper submitted for consideration by the Court. Plaintiff must include with the pleading, motion, or other paper a certificate stating the date an identical copy of the paper was mailed to the attorney representing each defendant. Any paper so submitted for filing that does not contain a "certificate of service" shall be returned by the Clerk and disregarded by the Court.

---

      [1]A notice of appearance on behalf of defendants McNeil and Kemp was filed on October 29, 2009. (Doc. 17). Defendants Ellis and Smith have not yet been served.

Accordingly it is ORDERED:

Plaintiff's motion to engage in pre-scheduling discovery (doc. 18) is DENIED without prejudice with leave given to re-file after correcting the above deficiency.

DONE AND ORDERED this 9th day of November, 2009.

/s/ *Miles Davis*
**MILES DAVIS
UNITED STATES MAGISTRATE JUDGE**