IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

VICTOR CHARLES ZERBY,
    Plaintiff,

vs.                                  CASE NO.: 3:09cv284/LC/MD

WALTER A. MCNEIL, et al.,
    Defendants.

---

## **ORDER**

       Plaintiff, an inmate proceeding *pro se* and *in forma pauperis,* filed an amended civil rights complaint (doc. 8) under 42 U.S.C. § 1983. On September 15, 2009 the United States Marshal was directed to effect service upon defendant Warden David Ellis by mailing the required documents to the special process server at Santa Rosa Correctional Institution. (Doc. 10). Service was again ordered on October 15, 2009. (Doc. 15). On November 16, 2009 service of process was returned unexecuted against this defendant for the stated reason, "Warden Ellis is not currently at this Institution." (Doc. 22).

       Since plaintiff is currently incarcerated, it is unlikely that he will be able to obtain information as to the whereabouts of defendant Ellis without engaging in discovery. Discovery, however, is premature and could lead to confidentiality problems under Florida law.

       Accordingly, it is ORDERED:

       1. The clerk shall re-issue summons, indicating that defendant (former) Warden Ellis has 60 days in which to file a responsive pleading. The clerk shall send the summons, a copy of this order, a copy of the court's October 15, 2009 order (doc. 15), and a service copy of the amended complaint (doc. 8) for defendant Ellis to Perri Dale, Deputy General Counsel for the Florida Department of Corrections, 2601 Blairstone Road, Tallahassee, FL

32399-2500.

2. The Office of the General Counsel for the Florida Department of Corrections shall have **forty-five (45) days** from the date of this order in which to either: (1) inform the United States Marshal in confidence of defendant Ellis' address for service or (2) enter an appearance on defendant Ellis' behalf, or (3) advise the court that neither alternative is possible. If defendant Ellis' address is provided to the United States Marshal, the Office of the General Counsel shall simultaneously file a notice with the court advising that this has been done. In such event, the Deputy General Counsel shall also forward to the United States Marshal a copy of this order, the received summons, the copy of the court's October 15, 2009 order, and the service copy of the amended complaint.

3. Upon receipt of an address for defendant Ellis, the United States Marshal shall attempt to personally serve the defendant according to Fed. R. Civ. P. 4(e). The United States Marshal shall protect the confidentiality of any address provided by the Department of Corrections as required by Florida law, and shall not disclose any such information on any document filed with the court.

DONE AND ORDERED this 30th day of November, 2009.

/s/ *Miles Davis*
**MILES DAVIS**
**UNITED STATES MAGISTRATE JUDGE**