IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

VICTOR CHARLES ZERBY,
    Plaintiff,

vs.                                CASE NO.: 3:09cv284/LAC/MD

WALTER A. MCNEIL, et al.,
    Defendants.

_____

**O R D E R**

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated May 14, 2010. The plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1), and I have made a <u>de novo</u> determination of those portions to which an objection has been made.

    Having considered the report and recommendation and all objections thereto timely filed, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now ORDERED as follows:

    1.     The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2.     Defendants McNeil and Kemp's motion to dismiss (doc. 28) is GRANTED and plaintiff's claims against them are DISMISSED WITH PREJUDICE under 28 U.S.C. § 1915(e)(2)(B)(ii).

    3.     This case is referred to the magistrate judge for further proceedings against the remaining defendants.

    DONE AND ORDERED this 6th day of July, 2010.

                                                      s/*L.A. Collier*
                                                      **LACEY A. COLLIER**
                                                      **SENIOR UNITED STATES DISTRICT JUDGE**